USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MMX CORUMBÁ MINERAÇÃO S.A. and
MMX METÁLICOS CORUMBÁ LTDA.,

              Petitioners,

- against -

FLUVIOMAR INTERNATIONAL, LTD.,

              Respondent.
----------------------------------------X

**O R D E R**

11 Misc. 253 P1

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    The Clerk of the Court is directed to assign a civil case number to this action, and to assign it at random to a District Judge. The petitioners are directed to submit the appropriate civil cover sheet and to pay the filing fee of $350. Further inquiry should be directed to Richard Wilson, (212) 805-0149.

    **SO ORDERED.**

Dated:    New York, New York
            September 8, 2011

                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

Copies to:

Laurence Shore, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
FAX: 212-351-4035

Jack A. Greenbaum, Esq.
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174-0208
FAX1 212-885-5001